UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN DZURKA ) | CIVIL ACTION NO.  3:11 cv 00908 (VLB) |
|    Plaintiff ) | |
| ) | |
| v. ) | |
| LAW OFFICES HOWARD LEE ) | |
| SCHIFF, P.C. ) | |
|    Defendant ) | SEPTEMBER 9, 2011 |

**ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES**

Defendants hereby generally deny all of the allegations in the plaintiff's complaint herein.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff failed to given the defendant written notice of his request that defendant cease and desist all communications to the debtor; any notice which was sent was never received by the defendant.

**SECOND AFFIRMATIVE DEFENSE**

Any alleged violation was the result of a bona fide error, and liability may not be imposed on the defendant pursuant to 15 U.S.C. §1692k(c) in that defendant maintains procedures and practices to ensure compliance with the Fair Debt Collection Practices Act; any violation of the Act was unintentional and occurred notwithstanding the maintenance of such procedures.

WHEREFORE, defendant prays:

1. That the plaintiff recover no damages, attorney's or costs; and

2. For such other and further relief as this Court may deem just and proper.

DEFENDANT LAW OFFICES HOWARD LEE SCHIFF P.C.

/s/*Jeanine M. Dumont*_____
Jeanine M. Dumont, Ct05021
Law Offices Howard Lee Schiff PC
Its Attorneys
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid on SEPTEMBER 9, 2011 to the following counsel of record:

**PLAINTIFF'S COUNSEL**
MARK MOORE, ESQ.
CONNECTICUT LEGAL SERVICES
211 STATE STREET
BRIDGEPORT, CT.  06604

/S/*Jeanine M. Dumont*_____
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

2