# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN DZURKA | ) | CIVIL ACTION NO. 3:11 cv 00908 (VLB) |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| LAW OFFICES HOWARD LEE | ) | |
| SCHIFF, P.C. | ) | |
|     Defendant | ) | OCTOBER 25, 2011 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above captioned case have reached a settlement, and anticipate filing a Stipulation to Dismissal within 30 days of this Notice.

DEFENDANT LAW OFFICES HOWARD LEE SCHIFF P.C.

/s/*Jeanine M. Dumont*_____
Jeanine M. Dumont, Ct05021
Law Offices Howard Lee Schiff PC
Its Attorneys
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed, postage prepaid on OCTOBER 25, 2011 to the following counsel of record:

**PLAINTIFF'S COUNSEL**
MARK MOORE, ESQ.
CONNECTICUT LEGAL SERVICES
211 STATE STREET
BRIDGEPORT, CT. 06604

/S/*Jeanine M. Dumont*_____
Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**